NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TODD SIMANSKI AND JULIA SIMANSKI, AS PARENTS AND NEXT FRIENDS OF O.A.S., A MINOR,**

*Petitioners-Appellants,*

**v.**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**

*Respondent-Appellee.*

---

2014-5077

---

Appeal from the United States Court of Federal Claims in No. 1:03-vv-00103-MBH, Judge Marian Blank Horn.

---

**ON MOTION**

---

**O R D E R**

Todd Simanski and Julia Simanski request permission to represent their daughter in this appeal and seek an extension of time to file their brief. We treat their request as a motion to proceed pro se.

Because Todd Simanski and Julia Simanski are the named petitioners, they do not need the permission requested. Each can proceed pro se, and thus they both should sign their opening brief and any other document sent to the court on their behalf.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that Todd Simanski and Julia Simanski's opening brief is due within 30 days of the date of this order.

(2) A certificate of interest is not required and, when a party is pro se, a docketing statement is not required because a pro se appeal is not referred to the court's mediation program.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26